Dana N. Gwaltney, SBN 209530
Sara J. Romano, SBN 227467
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| RONALD CAMERON; ELIZABETH CARPENTER; MARJORIE FOSTER, individually and as successor in interest to ELDON FOSTER; FRANK HARRISON; ARTHUR HOLMAN, SR.; CHARLES KNIPPSCHILD; KIM MILLER REYNOSO, individually and as successor in interest to WILLIAM SMITH; and KIM WILKINS, <br><br> Plaintiffs, <br><br> v. <br><br> GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; CATHOLIC HEALTHCARE WEST; SUTTER HEALTH SACRAMENTO SIERRA REGION; and Does 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:06-cv-01960 FCD DAD <br><br> STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadline for Defendants to answer or otherwise respond to Plaintiffs' complaint in this action should be extended. It is further stipulated that the deadline for the parties to submit a joint status report pursuant to Federal Rule of Civil Procedure 26(f) should be extended. Defendants seek

to transfer this case to the Multi-District Litigation proceeding established in the United States District Court, District of Minnesota ("MDL court"), and Plaintiffs have indicated that they will soon be filing a motion to remand this case to state court. Therefore, the parties are extending these dates to give the Court time to resolve Plaintiffs' motion for remand. Accordingly, the following deadlines will be modified as follows:

The deadline for Defendants to file an answer or otherwise respond to Plaintiffs' complaint shall be as follows:

(a) if the case is not remanded to state court, and is transferred to the MDL court, any response will be due pursuant to a deadline set by the MDL court;

(b) if the case is not remanded and also is not transferred to the MDL court, any response will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or

(c) if the case is remanded, any response will be due thirty (30) days after the remand decision by this Court.

The deadline for the parties to prepare and submit a joint status report shall be as follows:

(a) if the case is not remanded to state court, and is transferred to the MDL court, any joint status report will be due pursuant to a deadline set by the MDL court; or

(b) if the case is not remanded and also is not transferred to the MDL court, the joint status report will be due thirty (30) days after this Court denies remand.

All other deadlines will be set pursuant to Federal and local rule.

IT IS SO STIPULATED.

DATED: September 6, 2006                Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.


                                        By:     */s/ Dana N. Gwaltney*
                                            DANA N. GWALTNEY
                                            SARA J. ROMANO

                                        Attorneys for Defendants
                                        GUIDANT CORPORATION, GUIDANT SALES
                                        CORPORATION, CARDIAC PACEMAKERS, INC.
                                        and BOSTON SCIENTIFIC CORPORATION

| | |
|---|---|
| DATED: September 6, 2006 | Respectfully submitted, |
| | GILLIN, JACOBSON, ELLIS & LARSEN |
| | By:  */s/ Kristin Lucey*  <br>     LUKE ELLIS  <br>     KRISTIN LUCEY |
| | Attorneys for Plaintiffs <br>RONALD CAMERON; ELIZABETH CARPENTER; MARJORIE FOSTER, individually and as successor in interest to ELDON FOSTER; FRANK HARRISON; ARTHUR HOLMAN, SR.; CHARLES KNIPPSCHILD; KIM MILLER REYNOSO, individually and as successor in interest to WILLIAM SMITH; and KIM WILKINS |

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 11, 2006        /s/ Frank C. Damrell Jr.
                                 THE HONORABLE FRANK C. DAMRELL, JR.